**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-6931**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

PHILLIP JAZIR THOMPSON, a/k/a Dashawn Saunders, a/k/a Jonathan Bellamy, a/k/a Aaron Carleton, a/k/a Jerry Carver,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:17-cr-00094-HEH-1)

───────────────

Submitted:  July 27, 2023                                    Decided:  August 11, 2023

───────────────

Before THACKER and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Phillip Jazir Thompson, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Jazir Thompson appeals the district court's order denying his motion for compassionate release. We have reviewed the record and discern no abuse of discretion by the district court. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review for compassionate release motions). Accordingly, we affirm the district court's order. *United States v. Thompson*, No. 3:17-cr-00094-HEH-1 (E.D. Va. July 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*